OPINION — AG — ** CONSTITUTIONALITY — TEXAS LAW — HIGHWAY ** IS THE TEXAS LEGISLATION VALID IN OKLAHOMA WHICH PURPORTS TO RELATE TO THE REMOVAL AND RELOCATION OF UTILITY FACILITIES ON THE INTERSTATE HIGHWAY SYSTEM IN SECT. 111(A) OF THE FEDERAL AID HIGHWAY ACT OF 1956 — SEE OPINION CITE: 69 O.S. 46.4 [69-46.4], ARTICLE X, SECTION 14, ARTICLE X, SECTION 15 (FRED HANSEN)